EVA JACOBS v. STATE.

No. A-5494.   Opinion Filed April 24, 1926.
(245 Pac. 1115.)

Mounts & Chamberlin and W. H. Hussey, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Upon motion of the plaintiff in error, and upon a showing made that said plaintiff in error has served most of the sentence imposed by the trial court, because of inability to give an appeal bond after taking her appeal to this court, the appeal in this cause is dismissed.